| | |
|---|---|
| 1 | SHARI RUSK, Bar #170313 |
| 2 | Attorney At Law<br>P.O. Box 188945 |
| 3 | Sacramento, California 95818<br>Telephone: (916) 804-8656 |
| 4 | rusklaw@comcast.net |
| 5 | Attorney for Defendant |
| 6 | LESLIE BELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 09-193 KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFENDANT'S NOTICE AND<br>) REQUEST TO SEAL DEFENDANTS'<br>) PLEA AGREEMENT AND PROPOSED<br>) ORDER |
| LESLIE BELL, | ) |
| | ) Date: August 8, 2012<br>) Time: 10:00 a.m. |
| Defendant. | ) Hon. Kimberly J. Mueller |

The defendant requests that this plea agreement be filed under seal. The government does not oppose this request. Therefore, defendant asks that this Court hereby order the agreement filed under seal.

Dated: August 9, 2012

                                           Respectfully submitted,

                                           /s/ Shari Rusk
                                           Shari Rusk

                                           Attorneys for Defendant
                                           Leslie Bell

## ORDER

As set forth above, the Court hereby orders the plea agreement be sealed.

Dated: August 10, 2012

Hon. Kimberly J. Mueller
U.S. District Judge